UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 08-61473-CIV-GRAHAM/TORRES

MID-CONTINENT CASUALTY COMPANY,
A foreign corporation,

       Plaintiff,

vs.

GUITREE BASDEO,
SOUTHGATE GARDENS CONDOMINIUM
ASSOCIATION INC., and
FIRST STATE DEVELOPMENT CORPORATION

       Defendants,

SOUTHGATE GARDENS CONDOMINIUM

       Counter-Claimant,

vs.

MID-CONTINENT CASUALTY COMPANY,

       Counter-Defendant,

_____/

## **DEFENDANTS, GUITREE BASDEO MOTION FOR FINAL**

COMES NOW, Defendant, Guitree Basdeo, by and through the undersigned counsel hereby files this Joint Motion for Final Judgment and in support states:

1. On September 8, 2010, this Court, through Magistrate Judge Robin Rosenbaum, issued its findings on the parties competing summary judgment motions in the Magistrate's Report and Recommendation ("Report") [D.E. 251].

1

2.    On September 27, 2010, this Court by its Order on the pending summary judgment motions, "ratified, affirmed and approved in its entirety" the findings and recommendations of Magistrate Rosenbaum.  [D.E. 258].

3.    On or about December 7, 2010, Mid-Continent Insurance Company filed its voluntary dismissal as to Count V of the amended complaint [D.E. 340]; therefore there are no potential issues left to be tried.

4.    The Magistrate has granted Defendant Basdeo Summary Judgment as to Counts I and II and has issued as a matter of law as to Counts III and IV as to the number of occurrences and the amount of policy limits.

5.    That Mid-Continent and Southgate Gardens have reached a settlement [D.E. 341]

6.    Therefore, the Court has essentially reached the limit of the scope of its jurisdiction under this Declaratory Relief action and should enter a Final Judgment as a matter of law in favor of the Defendant Basdeo.

WHEREFORE, Defendant Basdeo request this Court to declare that the Magistrate's Report and the Courts ratification of the findings are a Final Judgment on Counts I-V of the Amended Complaint and that there are no other determinations for this Court to rule on pursuant to  Plaintiff's voluntary dismissal of Defendant Basdeo [D.E. 340], Florida Statute § 86.021 and that the Court maintains jurisdiction to determine whether the Defendant Basdeo is entitled to attorney's fees and court costs and any other relief as deemed appropriate.

Respectfully submitted,

s/. David Bierman, Esquire
David Bierman, Esquire
Florida Bar Number 0020720
The Law Offices of Russel Lazega, P.A.
13499 Biscayne Boulevard Suite 107
North Miami, Florida 33181
Telephone: 305-981-9055
Facsimile: 305-981-9053
dabier@att.net
Counsel for Defendant Guitree Basdeo

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.  Melissa Anne Gillinov, Esquire, Hinshaw & Culbertson 9155 South Dadeland Boulevard, Miami, Fl 33256, mgillinov@hinshawlaw.com, Attorney for Mid-Continent Casualty Company, Andrew Grisby, Esquire, Hinshaw & Culbertson 9155 South Dadeland Boulevard, Miami, Fl 33256, agrisby@hinshawlaw.com Attorney for Mid-Contintent Casualty Company, Mitchell Haller, Esquire PO Box 170908, 300 N. Maitland Avenue, Maitland, FL 32751, mhaller@gtgfirm.com, Attorney for Southgate Gardens Condominium Association, Inc. and Keith J. Lambdin, Esquire, 300 North Maitland Avenue, Maitland, FL 32751, klambdin@gtgfirm.com, Attorney for Southgate Gardens Condominium Association, Patricia Amaducci, 1395 Brickell Avenue, 14th Floor, Miami, FL 33131, pda@fowler-white.com.

s/. David Bierman, Esquire

David Bierman, Esquire
Florida Bar Number 0020720
The Law Offices of Russel Lazega, P.A.
13499 Biscayne Boulevard Suite 107
North Miami, Florida 33181
Telephone: 305-981-9055
Facsimile: 305-981-9053
dabier@att.net