UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**
Case No. 08-61473-CIV-GRAHAM/GOODMAN

MID-CONTINENT CASUALTY COMPANY,

    Plaintiff,

vs.

GUITREE BASDEO, SOUTHGATE
GARDENS CONDOMINIUM ASSOCIATION, INC.,
and FIRST STATE DEVELOPMENT CORPORATION,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant Basedo's Motion for Entitlement of Attorney Fees [D.E. 349].

**THE MATTER** was referred to the United States Magistrate Judge Jonathan Goodman [D.E. 355]. The Magistrate Judge issued a Report [D.E. 357] recommending that the motion be denied. The parties did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Goodman's Report [D.E. 357] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant Basedo's Motion for Entitlement of Attorney Fees [D.E. 349] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of May, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Goodman
All Counsel of Record